COM.

v.

CASIANO, F.

**3560 EDA 2015**

Superior Court of Pennsylvania.

04/19/2017

CP–51–CR–0013060–2012
(Philadelphia)

Affirmed

FEDERAL NATIONAL MORTGAGE

v.

DUNLEAVY M.

**235 EDA 2016**

Superior Court of Pennsylvania.

04/19/2017

13–11543
(Delaware)

Affirmed

COM.

v.

SAUNDERS, C.

**3656 EDA 2015**

Superior Court of Pennsylvania.

04/19/2017

CP–51–CR–0013879–2013
(Philadelphia)

Affirmed

Cherry FIEGER

v.

MARCIANO, K.

**257 EDA 2016**

Superior Court of Pennsylvania.

4/19/2017

May Term, 2011 No. 01907
(Philadelphia)

Affirmed in Part / Quashed in Part